| | |
|---|---|
| LEONARD MOLNAR,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY, a Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 18-CV-1839-JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO STRIKE PLAINTIFF'S REQUEST FOR A JURY DEMAND FROM PLAINTIFF'S COMPLAINT**<br><br>(ECF No. 5) |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Presently before the Court is the Parties' Joint Motion to Strike Plaintiff's Request for a Jury Demand from Plaintiff's Complaint (ECF No. 5). The Parties explain that "Plaintiff has brought this action for accelerated death benefits under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 *et seq.* ("ERISA")" and "the Ninth Circuit has determined that there is 'no independent constitutional or statutory right to a jury trial in ERISA actions.'" *Id.* at 1 (quoting *Blau v. Del Monte Corp.*, 748 F.2d 1341, 1348 (9th Cir. 1985), *abrogated on other grounds as recognized by Dytrt v. Mountain State Tel. & Tel. Co.*, 921 F.2d 889, 894 n.4 (9th Cir. 1990)). Plaintiff has therefore "agree[d] to strike from his Complaint his request for a jury demand." *Id.* Good cause appearing, the Court **GRANTS** the Joint Motion.

/ / /

/ / /

/ / /

1

1 | As stipulated by the Parties, Plaintiff's request for a jury demand is **HEREBY STRICKEN**.

**IT IS SO ORDERED.**

Dated: September 11, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge